UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terry Kennedy,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Bank of America, N.A., *et al.*,<br><br>    Defendants. | Case No.: 12-cv-952-YGR<br><br>**Order to Show Cause Regarding Plaintiff's Failure to Comply with Civil Local Rules 3-4(c) and 7-4(b)** |

TO PLAINTIFF TERRY KENNEDY AND HIS COUNSEL OF RECORD:

The above-named Plaintiff's counsel, September Katja, is hereby **Ordered to Show Cause** why counsel should not be sanctioned for failing to comply with Civil Local Rules 3-4(c)(2) and 7-4(b) regarding limitations on the text lines per page and total page limits for briefs filed in connection with motions.

Rule 3-4(c)(2) requires that "must be double-spaced with no more than 28 lines per page, except for the identification of counsel, title of the case, footnotes and quotations." Rule 7-4(b) provides that, unless the Court expressly orders otherwise, briefs filed with opposition papers may not exceed 25 pages of text. Plaintiff's brief filed in opposition to defendants' motion to dismiss (Dkt. No. 22) was in excess of 30 pages of text, and multiple pages therein exceeded the text limits in Rule 3-4(c)(2).

A hearing on this Order to Show Cause shall be held on Friday, May 11, 2012, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated. Plaintiff's counsel must file a written response to this Order to Show Cause no later than May 4, 2012, explaining counsel's failure to comply with the above rules, as well as certifying

that counsel has personally read the Court's Standing Order in Civil Cases.  Plaintiff's counsel must appear personally at the hearing.

If the Court is satisfied with counsel's response, it will consider taking the Order to Show Cause hearing off calendar.

**IT IS SO ORDERED.**

Dated: April 26, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2