UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TERRY KENNEDY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NA, successor in interest to QUICK LOAN FUNDING, formally a California corporation; RECONTRUST COMPANY, N.A., a wholly-owned subsidiary of BANK OF AMERICA, N.A..; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Compl. adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>    Defendants. | **CASE NO. 4:12-cv-00952-YGR**<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE HEARING** |

Defendants have filed an Administrative Motion to Appear Telephonically at August 20, 2012 Case Management Conference. (Dkt. No. 46.) The Court has been notified that a settlement has been reached in this action and has extended Defendants' time to respond to the Second Amended Complaint in light of the same. (Dkt. No. 44.) The Court hereby **VACATES** the Case Management Conference on August 20, 2012 and therefore **DENIES** the request for telephonic appearance as moot.

A compliance hearing shall be held on Friday, November 2, 2012 on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5. Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the

Compliance Conference will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

This Order terminates Dkt. No. 46.

**IT IS SO ORDERED**.

Dated: August 6, 2012

                                   **YVONNE GONZALEZ ROGERS**
                                   **UNITED STATES DISTRICT COURT JUDGE**