UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY KENNEDY, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NA, successor in interest to QUICK LOAN FUNDING, formally a California corporation; RECONTRUST COMPANY, N.A., a wholly-owned subsidiary of BANK OF AMERICA, N.A..; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Compl. adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No.: 12-cv-00952-YGR<br><br>**ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE** |

The Court refers this matter to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess whether referral to mediation or a settlement conference might assist the parties in consummating the settlement reported to the court by notice filed on July 17, 2012. Plaintiff personally shall participate in this telephone conference, along with his counsel and defense counsel. The ADR Unit will notify the parties of the date and time that the telephone conference will be held. The telephone conference shall be scheduled by the ADR Unit as soon as possible, but no later than August 31, 2012. Plaintiff's counsel shall make her best efforts to notify plaintiff of this order and of the date and time of the telephone conference scheduled by the ADR Unit. After the telephone conference, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

**IT IS SO ORDERED**.

Dated: August 21, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**