UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY KENNEDY, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A. ET AL., <br><br> Defendants. | Case No.: 12-CV-952 YGR <br><br> **ORDER SETTING COMPLIANCE HEARING** |

TO COUNSEL SEPTEMBER J. KATJE AND THE CONSUMER LITIGATION LAW CENTER:

A compliance hearing regarding filing of proof of service on Plaintiff Terry Kennedy shall be held on **Friday, September 21, 2012,** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

No later than **Monday, September 17, 2012,** Plaintiff's counsel shall file: (a) proof of service of the pending Motion to Withdraw As Attorney of Record upon Plaintiff Terry Kennedy by personal delivery or certified mail with receipt confirmation; or (b) a one-page statement setting forth an explanation for failure to file such proof of service.

If proof of service is filed, counsel need not appear at the compliance hearing and such hearing will be taken off calendar. Telephonic appearance at the compliance hearing may be allowed if the counsel has submitted a statement in a timely fashion.

IT IS SO ORDERED.

Dated: September 10, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE