UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY KENNEDY,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A. ET AL.,<br><br>    Defendants. | Case No.: 12-CV-952 YGR<br><br>**ORDER VACATING COMPLIANCE HEARING** |

On September 10, 2012, this Court issued an Order setting a compliance hearing regarding filing of a proof of service of the Motion to Withdraw As Counsel filed by Counsel for Plaintiff September Katje and Consumer Litigation Law Center, APC ("Counsel"). Counsel has filed a proof of service. The compliance hearing currently set for Friday, September 21, 2012, is therefore **VACATED**.

Hearing on the Motion to Withdraw remains on calendar for Tuesday, September 25, 2012.

IT IS SO ORDERED.

Dated: September 19, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE