UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY KENNEDY,

    Plaintiff,

vs.

BANK OF AMERICA, N.A. ET AL.,

    Defendants.

Case No.: 12-CV-952 YGR

**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL**

    The Motion of September Katje and Consumer Litigation Law Center, APC to Withdraw As Counsel for Plaintiff Terry Kennedy was set for hearing before this Court on September 25, 2012. September Katje did not personally appear at the hearing. Plaintiff Terry Kennedy likewise did not appear at the hearing. Counsel specially appearing on behalf of September Katje and Consumer Litigation Law Center, APC represented to the Court that Terry Kennedy has been in contact with the Consumer Litigation Law Center since the filing of the motion, and requested a continuance of the hearing.

    The Motion to Withdraw as Counsel is **CONTINUED** for further hearing on **November 20, 2012, at 2:00 p.m.** Counsel September Katje and Consumer Litigation Law Center, APC shall file proof of service of this Order upon Plaintiff Terry Kennedy, either by personal service or mail delivery with a return receipt or a one-page statement setting forth an explanation for failure to file such proof of service, no later than **October 15, 2012**.

Counsel September Katje shall appear in person at the continued hearing on the Motion to Withdraw as Counsel.  No phone appearances will be permitted.  Failure to appear in person may result in imposition of sanctions against counsel personally.

I&#8202;T I&#8202;S S&#8202;O O&#8202;RDERED.

Dated: September 26, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE